No. 1701, Misc. CASEY *v.* LAMBROS, U. S. DISTRICT JUDGE. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold* for respondent.

No. 1703, Misc. WILSON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1707, Misc. EVANS *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1724, Misc. WILLIS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 699. DALY *v.* CALIFORNIA, *ante,* p. 929; and
No. 1506, Misc. HILLERY *v.* CALIFORNIA, *ante,* p. 951. Petitions for rehearing denied.

No. 927. GRANELLO, AKA BURNS *v.* UNITED STATES, 393 U. S. 1095. Petition for rehearing denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

MAY 5, 1969.

No. 776. UTAH PUBLIC SERVICE COMMISSION *v.* EL PASO NATURAL GAS CO. ET AL. Appeal from D. C. Utah. Motion of Colonial Group for leave to file a brief as *amicus curiae* granted. MR. JUSTICE WHITE, MR. JUSTICE FORTAS, and MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *David K. Watkiss* and *James D. McKinney, Jr.,* on the motion. [For earlier order herein, see *ante,* p. 970.]